*ard B. Montgomery* for respondent.

No. 268.  LEITHAUSER, ADMINISTRATOR, *v.* HARTFORD FIRE INSURANCE Co.  October 8, 1945.  Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.  *Messrs. Frazier Reams* and *George C. Sprague* for petitioner.  *Messrs. Ross W. Shumaker* and *C. G. Myers* for respondent.

No. 272.  MIEDEMA *v.* PRATT.  October 8, 1945.  Petition for writ of certiorari to the Supreme Court of Michigan denied.  *Mr. Fred Roland Allaben* for petitioner.

No. 275.  NYCUM *v.* CITY OF ALTOONA.  October 8, 1945. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied.  See 156 Pa. Super. 445, 41 A. 2d 219.

No. 276.  WORSHAM, TRADING AS WORSHAM BROTHERS, *v.* UNITED STATES.  October 8, 1945.  Petition for writ of certiorari to the Court of Claims denied.  *Messrs. George R. Shields, Herman J. Galloway, John W. Gaskins* and *Fred W. Shields* for petitioner.  *Acting Solicitor General Judson, Messrs. Paul A. Sweeney* and *Jerome H. Simonds* for the United States.

No. 285.  DUNN ET AL. *v.* TOWN OF BURLINGTON. October 8, 1945.  Petition for writ of certiorari to the Superior Court, County of Middlesex, Massachusetts denied.  *Messrs. John H. Devine* and *Frank G. Volpe* for petitioners.  See 318 Mass. 216, 61 N. E. 2d 243.